UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIRK D. COSGROVE,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>TRUSTEE CORPS, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:14-CV-1428 JCM (NJK)<br><br>ORDER |

　　　Presently before the court are two motions to dismiss filed by defendants MTC Financial Inc. d/b/a Trustee Corps., Harmony Title Agency, Inc., Rande Johnsen, and Terry Johnsen (hereinafter "defendants"). (Docs. # 9, 11).

　　　On September 29, 2014, plaintiff Kirk D. Cosgrove (hereinafter "plaintiff") filed a notice of voluntary dismissal of the above-mentioned defendants. (Doc. # 17). On September 30, 2014, these parties were terminated from the action.

　　　Accordingly,

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motions to dismiss, (docs. # 9, 11), be, and the same hereby are, DENIED as moot.

　　　DATED October 1, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**