Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asorenson@swlaw.com
kriley@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK D. COSGROVE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEE CORPS, a Fictitious Firm; MTC FINANCIAL INC., a California corporation; HARMONY TITLE AGENCY, a Nevada corporation; RANDE JOHNSEN, an Individual; TERRY JOHNSEN, an individual; WELLS FARGO HOME MORTGAGE, a South Dakota corporation; DOES 1-10.,<br><br>Defendants. | Case No. 2:14-cv-01428-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Kirk D. Cosgrove ("Plaintiff"), in proper person, and Defendant Wells Fargo Bank, N.A., improperly named as Wells Fargo Home Mortgage ("Wells Fargo," collectively with Plaintiff, the "Parties"), through counsel, Snell & Wilmer L.L.P., that all claims and causes of action asserted in the above-captioned matter, and all claims and causes of action based on the facts alleged therein by Plaintiff against Wells Fargo

20020331

1  be dismissed with prejudice, with each side to bear its own fees and costs.

3  Dated: January 22, 2015                              Dated: January 22, 2015

4                                                       SNELL & WILMER L.L.P.

6  By: /s/ Kirk Cosgrove                                By:  /s/ Karl Riley
7      Kirk Cosgrove                                         Amy F. Sorenson, Esq.
       4444 Ash Ave.                                         Nevada Bar No. 12495
       Las Vegas, NV 89110                                   Karl O. Riley, Esq.
8      Tel: 702.475.0005                                     Nevada Bar No. 12077
                                                             3883 Howard Hughes Parkway, Suite 1100
9      *Plaintiff in Proper Person*                          Las Vegas, NV 89169
                                                             Telephone:  (702) 784-5200
10                                                           Facsimile:  (702) 784-5252

                                                        *Attorneys for Wells Fargo Bank, N.A.*

### **ORDER**

For good cause appearing,

IT IS HEREBY ORDERED THAT all claims and causes of action asserted in the above caption matter, and all claims and causes of action based on the facts alleged therein by Plaintiff against Wells Fargo be dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED January 29, 2015.                    _____
                                           UNITED STATES DISTRICT COURT JUDGE

20841683

20020331

- 2 -